```
                     IN THE UNITED STATES BANKRUPTCY COURT


IN RE:
     ANDRE P. ROBINSON                                    CASE NO. 05-12112-K
                                                          JUDGE
     4505  ROGERS AVE.

     BALTIMORE MD            21215                        DATE: 09/16/05
            Debtor(s)
     SSN(1)XXX-XX-5329 SSN(2)XXX-XX-0000
--------------------------------------------------------------------------------
                              NOTICE OF CLAIMS FILED
--------------------------------------------------------------------------------

     NOTICE IS HEREBY GIVEN of claims filed, which will be paid in  the  amounts
and manner set forth below, subject to provisions of the Plan  and  other  Court
Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

--------------------------------------------------------------------------------
CLAIM #      NAME AND ADDRESS OF CREDITOR      AMOUNT            CLASSIFICATION
--------------------------------------------------------------------------------
0003         ASSET ACCEPTANCE                  4105.39    .00   UNSECURED
             PO BOX 2036

             WARREN MI                                    ACCT:5717138
              48090-0000                                  COMM:PROVIDIAN
--------------------------------------------------------------------------------
0001         COUNTRYWIDE HOME LOANS           11486.35    .00   ARREARS PER PLAN
             7105 CORPORATE DRIVE

             MAIL STOP PTX-C-35                           ACCT:21918
             PIANO TX 75024-0000                          COMM:AMENDED PLAN
--------------------------------------------------------------------------------
0005         RESURGENT CAPITAL SERVICES        1773.03    .00   UNSECURED
             P.O. BOX 10587

                                                          ACCT:7249
             GREENVILLE, SC 29603-0587                    COMM:NOT SCHEDULED
--------------------------------------------------------------------------------
0002         SHERMAN FINANCIAL GROUP LLC       3196.41    .00   SECURED
             PEROUTKA & PEROUTKA, PA
                                                                OUTSIDE PLAN
             8028 RITCHIE HWY SUITE 300                   ACCT:02-20725
             PASADENA, MD 21122-0000                      COMM:SCHEDULED UNSECURED
--------------------------------------------------------------------------------
0004         UNIFUND                              .00     .00   UNSECURED
             PEROUTKA & PEROUTKA, PA
                                                                NOT FILED
             8028 RITCHIE HIGHWAY SUITE 300               ACCT:2418018166339
             PASADENA, MD 21122-0000                      COMM:
--------------------------------------------------------------------------------
TOTAL                                         20561.18
```

```
                    PAGE  2 - CHAPTER 13 CASE NO. 05-12112-K
------------------------------------------------------------------------------
CLAIM #    NAME AND ADDRESS OF CREDITOR        AMOUNT          CLASSIFICATION
------------------------------------------------------------------------------

           FRANK B. CAHN III, ESQ              800.00          ATTORNEY
           4153 PATTERSON AVE.

           BALTIMORE, MD 21215-2221
```

    Pursuant to 11 U.S.C. 502(a), the filed claims are deemed allowed for purpose of distribution and shall be paid if provided for under the plan. DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

                                        /s/ Gerard R. Vetter
                                        _____
                                        GERARD R. VETTER
                                        7310 RITCHIE HIGHWAY #715

                                        GLEN BURNIE, MD    21061-0000

    I hereby certify that a copy of this notice was served on the debtor(s) and the attorney for the debtor(s) on September 16, 2005 , by regular U.S. Mail postage prepaid.

                                        /s/ Gerard R. Vetter
                                        _____
                                        GERARD R. VETTER